46

(No. 39489—Decided December 1, 1965.)

*Mr. Russell C. Price*, for appellant, Max C. Zeigler.
*Mr. William B. Saxbe*, attorney general, and *Mr. John M. Walsh*, for appellee, State Personnel Board of Review.

*Per Curiam.* The judgment of the Court of Appeals is affirmed for the reasons stated in its opinion, reported in 1 Ohio App. 2d 336.

*Judgment affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, and BROWN, JJ., concur.
SCHNEIDER, J., concurs in the judgment.